Maureen Gaughan
PO Box 6729
Chandler, AZ  85246-6729
(480) 899-2036

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| BREAD CONNECTION, LLC, | ) |
| | ) No. 14-18595-PHX-DPC |
| | ) |
| | ) NOTICE OF TRUSTEE'S SALE |
| | ) |
| Debtor. | ) |

NOTICE IS HEREBY GIVEN that property belonging to the estate of the above-named debtor will be sold to the person making the highest and best offer on May 29, 2015, at 8:30 a.m. MST at 230 North 1st Avenue, Suite 102, Phoenix, Arizona.

Property to be sold:  All right, title, and interest in any claim against Chandler Holdings, L.L.C., including but not limited to any claim or counterclaim asserted by or on behalf of Bread Connection, LLC against Chandler Holdings, L.L.C. in Maricopa County Superior Court Case No. CV2014-054484 or arising out of any lease between Bread Connection, LLC and Chandler Holdings, L.L.C.

Purchase price: 1,500.00

Terms of Sale:  Cashier's Check

To: Chandler Holdings, L.L.C. or to any person making a higher and better offer.

The sale will be free and clear of all liens.

The property may be viewed at the following place and time:  Contact Steven D. Nemecek, Attorney for Trustee Maureen Gaughan, 1414 East Indian School Road, Suite 200, Phoenix, Arizona 85014, Phone: 602-264-9224, email: snemecek@sjbrownlaw.com.

There is not an appraisal of the property.

The Property will be sold "as is, where is" with no warranties or representations made or implied. Prospective purchasers are encouraged to personally inspect and perform their own due diligence of the property being sold.  All sales are subject to sales tax unless the property being sold is tax exempt or a resale number is used as proof of exemption.  Buyer will be responsible for all costs of sale, including transportation costs.

Any person opposing the sale shall file a written objection on or before five days prior to the sale date with the Clerk of the U.S. Bankruptcy Court, 230 North First Avenue, Phoenix, AZ 85003 and mailed to the trustee, Maureen Gaughan, at the following address: PO Box 6729, Chandler, AZ 85246-6729.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale date, bids will still be taken and the sales procedure followed. The closing of the sale will be dependent upon the outcome of the Court hearing on the objection.

/s/ Maureen Gaughan
Maureen Gaughan, Trustee